# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JERRY JAMES ELLIS**                                                                                   **PETITIONER**
**ADC #078658**

**V.**                          **CASE NO.: 5:07CV00148 SWW/BD**

**LARRY NORRIS**                                                                                        **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (#2) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 12th day of February, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE